UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                                    Case No.: 1-19-46098
                                                                                Chapter 7

Daria Burshteyn,

                                                        **AFFIDAVIT OF NO INCOME**

                             Debtors.
-------------------------------------------------------x
State of New York )
                       ) SS
County of Kings  )

The undersigned, Daria Burshteyn, being duly sworn, hereby deposes and states:

I am the Chapter 7 debtor in the case herein and I am making this Affidavit to set forth that as of the date of the filing of bankruptcy petition I am unemployed and receive no income.

Dated: September 13, 2019

                                                            Daria Burshteyn

Duly sworn to before me this

13 day of September, 2019

(Notary Public)

Olga Luzgina
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LU...
Qualified in King Cou...y
Commission Expires    June 17, 2023